**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1037 PSG (FFMx) | Date | July 19, 2010 |
|---|---|---|---|
| Title | Michael Newcomb v. University of Southern California Employee Welfare Benefit Plan | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

|  Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(In Chambers) Order DENYING Application to Continue Action on Behalf of Michael Newcomb and DISMISSING Case**

Before the Court is an application to continue action on behalf of Michael Newcomb and the estate of Michael Newcomb. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having considered the papers submitted in support of the application, the Court denies the application and dismisses this case.

On April 1, 2010, a statement noting the death of Plaintiff Michael Newcomb ("Plaintiff") was filed and served in this action. *See* Dkt # 24. On July 14, 2010, attorneys for Plaintiff filed the application now before the Court, which seeks to substitute David Vesper, Plaintiff's nephew and executor of his will, to prosecute this action on behalf of Plaintiff's estate. The Federal Rules of Civil Procedure, however, provide that

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. *If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.*

Fed. R. Civ. P. 25(a)(1) (emphasis added). Thus, a motion for substitution in this action was due by June 30, 2010. No such motion was filed by that date. The Court notes that the present application, in addition to being untimely, is not a properly noticed motion, as contemplated by Fed. R. Civ. P. 25(a). The application before the Court is therefore DENIED and this case is

**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1037 PSG (FFMx) | Date | July 19, 2010 |
|---|---|---|---|
| Title | Michael Newcomb v. University of Southern California Employee Welfare Benefit Plan | | |

DISMISSED.

**IT IS SO ORDERED.**